## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br> MARWAN NOWEDER AND HANAN NOWEDER <br><br> Debtors. | Case No. 19-03338 <br> Chapter 13 <br> Judge Pamela S. Hollis <br><br> Confirmation hearing: <br> 5/03/2019 11:30 a.m. |

### NOTICE OF FILING

To: See attached Service List.

**PLEASE TAKE NOTICE** that on this 26th day of April 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, THE MASTER OPERATING ASSOCIATION OF CHURCHILL CLUB'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED FEBRUARY 8, 2019, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 26th day of April, 2019.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 26th day of April, 2019.

_____
Notary Public

OFFICIAL SEAL
LISA A CARBY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/19/22

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

Document    Page 2 of 2

## Service List

Marwan Noweder
730 Charismatic Drive
Oswego, Illinois 60543

Hanan Noweder
730 Charismatic Drive
Oswego, Illinois 60543

C David Ward
Illini Legal Services Chartered
1234 Douglas Road
Oswego, Illinois 60543
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)